AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2009 APR 29 P 12: 01

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

CASE NUMBER: 3:99-cr-220-J-20TEM
USM NUMBER: 28661-018

v.

NATHANIEL DONJUAN POSTELL

Defendant's Attorney: Susan Yazgi (pda)

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) _Three through Eight_ of the term of supervision.

__X__ was found in violation of charge number(s) _One_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Possession of cannabis with intent to sell or deliver, occurring while on supervision. | October 2008 |
| Two | New criminal conduct, Possession of drug paraphernalia, occurring while on supervision. | October 2008 |
| Three | Positive urinalysis for marijuana. | September 2008 |
| Four | Positive urinalysis for marijuana. | November 2008 |
| Five | Positive urinalysis for marijuana. | December 2008 |
| Six | Positive urinalysis for marijuana. | January 2009 |
| Seven | Positive urinalysis for marijuana. | January 2009 |
| Eight | Failure to participate in Drug Aftercare Treatment. | February 2009 |

Judgment in a Criminal Case for Revocations - Continuation from Sheet 1

      The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    __X__ The defendant has not violated charge number(s) _Two_ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 29, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: April 29, 2009

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: NATHANIEL DONJUAN POSTELL | Judgment - Page 3 of 3 |
| Case No.: 3:99-cr-220-J-20TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 months.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL